# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

COREY SMITH,

    Petitioner,

v.                                                          CASE NO. 1:14-cv-00198-MP-GRJ

WILLIAM P DEMITROULEAS, ANNE SCHULTZ,
HARRY WALLACE,

    Respondents.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 22, 2014. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The petition is dismissed for improper venue and the Motion for Leave to Proceed in forma pauperis, Doc. 2, is denied as moot.

**DONE AND ORDERED** this  *12th* day of January, 2015

                                          *s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge